

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,191

### EX PARTE RUFUS SITO NANEZ, III, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 4077 IN THE 69th DISTRICT COURT FROM MOORE COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault and one count of burglary of a habitation. He was sentenced to life imprisonment in each count.

Applicant contends that he was deprived of his right to appeal because the trial court did not appoint appellate counsel in a timely manner.

The trial court has entered findings of fact and conclusions of law that the allegations of the

Applicant are correct and that relief should be granted. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 4077 from the 69th Judicial District Court of Moore County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: August 19, 2009
Do Not Publish